## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CRIMINAL NO. 04-00060-CG** |
| ) | **(Civil Action No. 08-00621-CG-N)** |
| AARON MICHAEL MEADOWS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the motion to dismiss (Doc. 49) filed by the United States be and is hereby **GRANTED** and that the motion (Docs. 46-47) filed by the defendant, Aaron Michael Meadows, to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 be and is hereby **DENIED** as time barred

   **DONE and ORDERED** this 22nd day of July, 2009.


                              /s/ Callie V. S. Granade
                              CHIEF UNITED STATES DISTRICT JUDGE