IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**AARON MICHAEL MEADOWS,** )<br>)<br>    **Defendant.** ) | **CRIMINAL NO. 04-00060-CG**<br>**(Civil Action No. 08-00621-CG-N)** |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that motion (Docs. 46-47) filed by the defendant, Aaron Michael Meadows, to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 be and is hereby **DENIED** as time barred.

**DONE and ORDERED** this 22nd day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE