IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. 04-00060-CG |
| ) | |
| AARON MICHAEL MEADOWS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure and the defendant's response. (Docs. 57 and 59). The United States asks the court to reduce the defendant's 168-month sentence to a 132-month sentence, because the defendant has provided additional substantial assistance in the investigation and prosecution of other defendants. The defendant requests a reduction greater than that recommended by the United States, citing his young age at the time of sentencing, his substantial cooperation, and the progress he has made toward rehabilitation. Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion. Based upon the information presented, the court finds that a reduction of the sentence from 168 months to 94 months is appropriate.

Therefore, it is **ORDERED** that defendant **AARON MICHAEL MEADOWS's** sentence hereby is amended, and his term of imprisonment is reduced from 168 months to **94 months**. All other terms and conditions of the sentence and judgment remain the same.

**DONE and ORDERED** this 23rd day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE